tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. C. A. Hofacker* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Warner W. Gardner, Robert B. Watts, Laurence A. Knapp,* and *Miss Ruth Weyand* for respondent.

No. 282. POWELL ET AL., RECEIVERS, *v.* WIGGINS. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. F. P. Fleming* and *Charles R. Scott* for petitioners. *Mr. Charles O. Andrews, Jr.* for respondent.

Nos. 287 and 288. KEEFE ET AL. *v.* BLOOMFIELD VILLAGE DRAIN DISTRICT ET AL. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Mr. James R. Breakey, Jr.* for respondents.

No. 289. KEEFE ET AL. *v.* MARTIN DRAIN AND BRANCHES DRAIN DISTRICT ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Raymond K. Dykema* and *David M. Wood* for petitioners. *Messrs. Alex. J. Groesbeck* and *Bert V. Nunneley* for respondents. *Mr. Joseph W. Hutchinson* filed a brief on behalf of the Board of Trustees of the Indiana State Teachers' Retirement Fund, as *amicus curiae,* in support of the petition.

No. 290. KEEFE ET AL. *v.* CENTER LINE RELIEF DRAIN DISTRICT ET AL. October 13, 1941. Petition for writ of